大成 DENTONS

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D  +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

• •  **Salans FMC SNR Denton McKenna Long**
dentons.com

MEMO ENDORSED

November 9, 2020

> All deadlines and conferences are hereby adjourned sine die. ECF 16 resolved. SO ORDERED.
>
> /s/ Ona T. Wang 11/10/2020
> U.S.M.J.

**VIA ECF**

The Honorable Ona T. Wang
Southern District of New York
United States Courthouse, Courthouse 20D
500 Pearl Street
New York, NY 10007

Re:    *Cruz v. Jocott Brands, Inc.*: Case No. 20-cv-05964-PGG-OTW

Dear Judge Wang:

We represent defendant Jocott Brands, Inc. ("Defendant") in the above-referenced matter. The Parties jointly and respectfully write to inform the Court that they have reached an agreement-in-principle and will file a stipulation of voluntary dismissal within 45 days.

We thank the Court for its courtesies and consideration.

                                                      Respectfully submitted,

                                                     */s/ Timothy J. Straub*
                                                     Timothy J. Straub

cc:     All counsel of record (by ECF)